# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CYNTHIA AMBEAU                                    PLAINTIFF

v.                          No. 4:25-cv-943-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner            DEFENDANT

## ORDER

1.  The Court withdraws the reference.

2.  The unopposed motion to remand for further administrative proceedings, *Doc. 12*, is granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 March 2026