# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CYNTHIA AMBEAU                                          PLAINTIFF

v.                          No. 4:25-cv-943-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                    DEFENDANT

## JUDGMENT

Ambeau's claim is remanded for further administrative review. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101-02 (1991).

_____
D.P. Marshall Jr.
United States District Judge

20 March 2026