## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CYNTHIA AMBEAU                                                    PLAINTIFF

v.                              No. 4:25-cv-943-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                      DEFENDANT

### ORDER

The parties agree that Ambeau is entitled to an award of attorney's fees and stipulate an award of $7,800.  *Doc. 15 at 1*.  The hours billed and fee requested are reasonable.  Even though the petition was a bit late, 28 U.S.C. § 2412(d)(1)(B), the Court has jurisdiction to award the fees.  *Scarborough v. Principi*, 541 U.S. 401, 413 (2004).  The Court awards $7,800 as an attorney's fee payable to Ambeau, subject to any offset to satisfy any preexisting debt owed to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010).  The check should be mailed to Ambeau's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2026